**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Juanda Antonio, Defendant. | CR10-08129-001-PCT-MEA<br>**AMENDED ORDER**<br>**(expiration date)** |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for **ONE (1) YEAR** to expire on July 2, 2012.

DATED this 10th day of August, 2011.

_____
Mark E. Aspey
United States Magistrate Judge